# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TIMOTHY R. FARKAS,**

      **Plaintiff,**

vs.                                           **Case No.: 2:14-cv-1507**
                                                   **JUDGE SMITH**
                                                   **Magistrate Judge Abel**

**JOHN KASICH,** *et al.*,

      **Defendants.**

## ORDER

On October 3, 2014 and October 7, 2014, the United States Magistrate Judge issued two separate *Reports and Recommendations* regarding Plaintiff's Complaint. The two Reports and Recommendations recommend that Plaintiff's Complaint be dismissed as to all Defendants for failure to state a claim. (*See* Docs. 12 and 16). The parties were advised of their right to object to the *Report and Recommendation*. This matter is now before the Court on Plaintiff Timothy Farkas' Objections to the *Report and Recommendation*. (*See* Doc. 19). The Court will consider the matter *de novo*. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

The objections present the same issues presented to and considered by the Magistrate Judge in the *Report and Recommendation*. Plaintiff merely lists eight issues for reconsideration, but fails to provide any additional argument for consideration. These general objections are not sufficient to preserve any issues for reviews, and "[a] general objection to the entirety of the magistrate's report has the same effects as would a failure to objection." *Howard v. Sec'y of H.H.S.*, 932 F.2d 505, 509 (6th Cir. 1991). The State of Ohio is immune from suit, the Gahanna

Police Department is not an entity capable of being sued, and the Complaint fails to state a claim for relief against the individually named Defendants.  For the reasons stated in the *Report and Recommendation*, this Court finds that Plaintiff's objections are without merit and are hereby **OVERRULED**.

The *Reports and Recommendations,* Documents 12 and 16 are **ADOPTED** and **AFFIRMED.**  Plaintiffs' Complaint is hereby dismissed.  All other pending motions are denied as moot.

The Clerk shall remove Documents 11, 12, 13, 14, 16 and 21 from the Court's pending motions list.  The Clerk shall terminate this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**